DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**P.J.'S LAND CLEARING & EXCAVATING, INC., PATRICK WILSON** and **BUFFIE WILSON,**
Appellants,

v.

**PALOMINO PROPERTIES, LLC,**
Appellee.

No. 4D19-1631

[June 4, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cymonie S. Rowe, Judge; L.T. Case No. 502014CA003006.

Scott C. Gherman of Scott C. Gherman, P.A., Boca Raton, for appellants.

Salvatore G. Scro of Tannenbaum Scro, P.L., Sarasota, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., DAMOORGIAN and FORST, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***